

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00211-CV

CROWN COMMUNICATION LLC D/B/A CROWN COMM LLC, Appellant

V.

T10 UNISON SITE MANAGEMENT LLC AND
THE ESTATE OF CHARLOTTE MCGREW, Appellees

Appeal from the 25th District Court of Colorado County (Tr. Ct. No. 23350)

After due consideration, the Court **grants** the motion to dismiss this appeal filed by the appellant, Crown Communication LLC. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed**.

It is further **ORDERED** that appellant pay all costs incurred by reason of this appeal.

It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered February 3, 2015.

Judgment rendered by panel consisting of Chief Justices Radack and Justices Bland and Huddle.